UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LASHEICA YVONNE WHITING,

        Plaintiff,                  Case no. 13-10313
                                               Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

      Before the court is Magistrate Judge David R. Grand's report and recommendation, filed September 20, 2013. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

      IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                 s/John Corbett O'Meara
                                                 United States District Judge

Date: October 11, 2013

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, October 11, 2013, using the ECF system.

                                                 s/William Barkholz
                                                 Case Manager